IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOSHUA ROBERTS,**                    3:11-CV-00456-BR

    **Plaintiff,**                  JUDGMENT

**v.**

**CHAPLAIN DON HODNEY,**
**SUPERINTENDENT S. FRANKIE,**
**and VICKI WILSON,**

    **Defendants.**

    Based on the Court's Opinion and Order (#36) issued May 17, 2012, the Court **DISMISSES** this matter **without prejudice**.

    IT IS SO ORDERED.

    DATED this 17th day of May, 2012.

                                     /s/ Anna J. Brown

                                     ANNA J. BROWN
                                     United States District Judge

1 - JUDGMENT