IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOSHUA ROBERTS,** | **3:11-CV-00456-BR** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CHAPLAIN DON HODNEY,**<br>**SUPERINTENDENT S. FRANKIE,**<br>**and VICKI WILSON,** | |
| Defendants. | |

    Based on the Court's Opinion and Order (#<u>36</u>) issued May 17, 2012, the Court **DISMISSES** this matter **without prejudice**.

    IT IS SO ORDERED.

    DATED this 17th day of May, 2012.

                                               /s/ Anna J. Brown

                                               ANNA J. BROWN<br>                                               United States District Judge

1 - JUDGMENT